AO 442 (Rev. 10/03) Warrant for Arrest

# UNITED STATES DISTRICT COURT

District of RHODE ISLAND

UNITED STATES OF AMERICA
V.
SANDY BAEZ

## WARRANT FOR ARREST

Case Number: 1:06-M-49M

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest SANDY BAEZ
Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment ☐ Information ☒ Complaint ☐ Order of court ☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice

charging him or her with (brief description of offense)

conspiring to distribute and to possess with intent to distribute heroin; distribution of heroin; and assault of a federal law enforcement officer, while the officer was engaged in the performance of his duties,

in violation of Title 21 United States Code, Section(s) 841(a) and 846 and 18 U.S.C. Section 111(b)

| | |
|---|---|
| DAVID L. MARTIN | David L Martin |
| Name of Issuing Officer | Signature of Issuing Officer |
| U.S. Magistrate Judge | 5-11-06 Providence, Rhode Island |
| Title of Issuing Officer | Date and Location |

Attest to
True Copy
DAVID A. DIMARZIO
By [signature]
Deputy Clerk

## RETURN

This warrant was received and executed with the arrest of the above-named defendant at

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| 5/11/06 | Charles Wyant SDUSM | Charles Wyant |
| DATE OF ARREST 5/11/06 | | |