IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

CR 06 71-01T

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | Cr. No. |
| | ) | In violation of 18 U.S.C. §§ 2 and 111(b); |
| v. | ) | 21 U.S.C. §§ 841(a)(1), (b)(1)(B), and |
| | ) | 846 |
| SANDY BAEZ, | ) | |
| MANUEL ALBERTO NOGUEIRA-RECIO | ) | |

FILED
JUN 07 2006
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

INDICTMENT

COUNT I

On or about May 10, 2006, in the District of Rhode Island, the defendant, SANDY BAEZ, knowingly did forcibly assault, resist, oppose, impede, intimidate, and interfere with, thereby inflicting bodily injury to, Michael Naylor, U.S. Drug Enforcement Administration Task Force Agent, while he was engaged in and on account of the performance of his official duties, in violation of 18 U.S.C. § 111(b).

COUNT II

From a time unknown up to and including on or about May 10, 2006, in the District of Rhode Island, the defendants, SANDY BAEZ and MANUEL ALBERTO NOGUEIRA-RECIO, did knowingly, intentionally, and wilfully combine, conspire, confederate, and agree with each other and with others unknown to the grand jury to knowingly and intentionally distribute, and to possess with intent to distribute, 100 grams or more of a mixture and substance containing a detectable amount of heroin, a Schedule I Controlled Substance, in violation of 21 U.S.C. §§ 841(a)(1) & (b)(1)(B); in violation of 21 U.S.C. § 846.

## COUNT III

On or about May 10, 2006, in the District of Rhode Island, the defendants, SANDY BAEZ and MANUEL ALBERTO NOGUEIRA-RECIO, did knowingly and intentionally distribute 100 grams or more of a mixture and substance containing a detectable amount of heroin, a Schedule I Controlled Substance, in violation of 21 U.S.C. §§ 841(a)(1) & (b)(1)(B) and 18 U.S.C. § 2.

A TRUE BILL:

Fore

ROBERT CLARK CORRENTE
UNITED STATES ATTORNEY

MARY E. ROGERS
Assistant U.S. Attorney

STEPHANIE S. BROWNE
Assistant U.S. Attorney

7 June 06
DATE