UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| VS. | ) | CR06-071-01T |
| | ) | |
| SANDY BAEZ | ) | |

---

MOTION TO CONTINUE

Now comes Sandy Baez, the Defendant in the above captioned matter, by and through his counsel, and moves this Honorable Court to continue the proceedings in this matter for sixty (60) days. Currently Mr. Baez is held without bail at the Wyatt facility. The defense has asked for discovery and needs this continuance to fully investigate this incident. The government has alleged Mr. Baez assaulted one of his arresting officers, but Mr. Baez also received significant injuries. The defense believes that this extension will allow a more complete investigation, and also allow the parties to engage in meaningful plea negotiations. Mr. Baez understands that the time requested would be excludable under the Speedy Trial Act, 18 U.S.C. § 3161(h)(8).

Respectfully Submitted
Sandy Baez,
By and through his counsel

Kevin J. Fitzgerald
Assistant Federal Defender

Certification

I hereby certify that I caused this motion to be delivered to AUSA Stephanie Browne, 50 Kennedy Plaza, 8th Floor, Providence, 02903, on this the 8th day of June, 2006.