IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | |
| v. | ) | Cr. No. 06-71-01T |
| | ) | |
| SANDY BAEZ | ) | |

GOVERNMENT'S RESPONSE TO
DEFENDANT'S MOTION FOR CONTINUANCE

Comes now the United States of America, by and through its attorneys, Robert Clark Corrente, United States Attorney, and Stephanie S. Browne, Assistant United States Attorney, and hereby responds to the Defendant's Motion for Continuance as follows.

The government does not object to the defendant's motion for a continuance.

Respectfully submitted,

UNITED STATES OF AMERICA,

By its Attorneys,

ROBERT CLARK CORRENTE
United States Attorney

STEPHANIE S. BROWNE
Assistant U.S. Attorney

CERTIFICATE OF SERVICE

I, the undersigned, do hereby certify that on the 13th day of June, 2006, I mailed a true copy of the Government's Response to Defendant's Motion for Continuance, ordinary mail and postage prepaid, to:

Kevin J. Fitzgerald
Federal Public Defender
10 Weybosset Street
3rd Floor
Providence, Rhode Island 02903

George J. West
One Turk's Head Place
Suite 312
Providence, Rhode Island 02903

Paula Hasey