UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA

      v.                      CA No. 06-71-01-T

SANDY BAEZ

### ORDER

Defendant's Motion to Continue is hereby DENIED. Counsel for the defendant has failed to specify the "proceeding" for which he is requesting an extension of time or continuance.

By Order

_____
Deputy Clerk

ENTER:

_____
Ernest C. Torres
Chief Judge

Date:   June 16, 2006