UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA

v. CA No. 06-71-01-T

SANDY BAEZ

**ORDER**

Defendant's Motion to Continue is hereby DENIED. Counsel for the defendant has failed to specify the "proceeding" for which he is requesting an extension of time or continuance.

By Order

Deputy Clerk

ENTER:

Ernest C. Torres
Chief Judge

Date: June 16, 2006