AO 458 (Rev. 5/85) Appearance

# United States District Court

FOR THE DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA

V.

SANDY BAEZ

## APPEARANCE

CASE NUMBER: CR 06-7101T

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for SANDY BAEZ

6/21/06
*Date*

*Signature*

John H.Ruginski,Jr. #1612
*Print Name*

129 Dorrance Street
*Address*

Providence,R.I. 02903
*City* *State* *Zip Code*

401-272-7966
*Phone Number*