**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

**UNITED STATES OF AMERICA**

**Vs.** **CR: 06-071-01T**

**SANDY BAEZ**

**MOTION TO CONTINUE TRIAL CALENDAR**

Now comes the Defendant Sandy Baez through Counsel and represents as follows:

1. Counsel entered his appearance in this matter on or about 6-21-2006 and obtained the file from the Federal Defender's Office;
2. Counsel interviewed the Defendant at the Wyatt Detention Facility prior to Pre-Trial date of 7-10-2006;
3. On July 7th, 2006 at 11:00 AM Counsel viewed the video evidence at the DEA office;
4. On July 10th, 2006 Counsel attended the Pre-Trial Conference;
5. On July 18th 2006 Counsel obtained copies of the video evidence and needs to bring said videos to the Wyatt Detention Facility so that Defendant Baez may view them;
6. The viewing of the videos will allow the parties to engage in meaningful plea negotiations;
7. Counsel avers that the interest of Justice will be served by continuing this matter to the Trial Calendar of September 2006;

8. Counsel spoke to AUSA Stephanie Brown and she has no objection to the present Motion;

9. The time requested for continuance is excludable under the Speedy Trial Act, 18 U.S.C. 3161 (h) (8).

**WHEREFORE,** Counsel requests that the present Motion be Granted.

Respectfully Submitted,
Sandy Baez
By His Attorney,

John H. Ruginski, Jr. Esq. RI#1612
129 Dorrance Street
Providence, RI 02903
(401) 272-7966

**CERTIFICATION**

I John H. Ruginski, JR Esq., hereby certify that I mailed a true copy of the within Motion to Stephanie Brown, Esq., Assistant United States Attorney, U.S. Department of Justice, Fleet Center, 8th Floor, Providence, RI 02903 on this 21st day of July 2006.