**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

UNITED STATES OF AMERICA,
Plaintiff

vs. C.R. No. 06-71-01T

SANDY BAEZ,
Defendants

**ORDER**

Defendant's Motion to Continue Trial Calendar until September 2006 is hereby passed as moot. The matter has already been continued by motion and order of continuance for co-defendant Manuel Alberto Nogueira Recio on July 11th, 2006. The time from the date of that order through September 19th, 2006, is excludable under 18 U.S.C. §§ 3161(h)(7) and (8)(A) for both defendants in this matter.

By Order:

Deputy Clerk

ENTER:

Ernest C Torres
Chief Judge Ernest C. Torres
date: 8/23/06