**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| **v.** | ) | **Cr. No. 06-71-01T** |
| **SANDY BAEZ** | ) | |

**MOTION FOR CONTINUANCE**

Now comes Counsel and represents as follows:

1. The Matter is scheduled for Trial Calendar on 11-14-2006 and Jury Empanelment on 11-21-2006;
2. Counsel is ill and cannot engage in Jury Trials until after 11-30-2006, Medical Certificate attached;
3. The time requested would be excludable under the Speedy Trial Act, 18 US.C. Section 3161 (h) (8);

**WHEREFORE**, Counsel requests that the Matter be continued until after 11-30-2006.

Respectfully Submitted,

John H. Ruginski, Jr. RI#1612
129 Dorrance Street Suite 1
Providence, RI 02903
401.272.7966

**CERTIFICATE OF SERVICE**

I John H. Ruginski, Jr., hereby certify that I have Mailed a true copy of the within motion to AUSA Stephanie S. Browne, Esq., US Attorney's Office, Fleet Center, 50 Kennedy Plaza 8th Floor, Providence, RI 02903, and to the Defendant Sandy Baez C/O Wyatt Detention Facility, 960 High Street, Central Falls, RI 02863 on this 3rd day of November 2006.