UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF RHODE ISLAND


UNITED STATES OF AMERICA

                    v.                         CR No.   06-71-01T

SANDY BAEZ


### ORDER

     Upon motion of the defendant to continue the trial presently
scheduled for November 17, 2006, and with no objection by the
government, and my having found that the ends of justice are served
by the granting of such continuance and that they outweigh the best
interests of the public and the defendant in a speedy trial, in
that it will allow the parties to conduct the discovery and
pretrial investigation required to fairly and adequately adjudicate
this case, it is hereby

ORDERED

that the trial date in the case entitled, United States v. Sandy
Baez CR No. 06-71-01T, is vacated, the case will be scheduled for
impanelment on January 16, 2007 and the time from the date of this
order through January 16, 2007, is excludable under 18 U.S.C. §§
3161(h)(7) and (8)(A).


                              By Order



                              _____
                              Deputy Clerk


ENTER:


_____
Ernest C. Torres
Chief Judge
Date: November 8 , 2006