**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

**UNITED STATES OF AMERICA**

**CR: 06-071-01T**

**Vs.**

**SANDY BAEZ**

**PRE TRIAL MEMORANDUM**

A) The issues before the Court are the following:

1. Was Sandy Baez guilty of distribution of Heroin when his only intention was to steal money from the informant, evidenced by only trace amounts found in the package;
2. Was Sandy Baez justified in kicking the Agent after said Agent repeatedly used a Taser on him while he was handcuffed behind his back in the back seat of a motor vehicle.

Empanelment is scheduled for 1-16-2007. Counsel is ready for that date. Counsel would like to advise the Court that he has two Immigration Hearings in Boston at 1:00 Pm on 1-17-2007 and One at 11:00 Am on 1-18-2007.

Counsel would ask the Court to allow him to attend to those hearings prior to the start of this trial.

Respectfully Submitted,

John H. Ruginski, Jr. RI Bar# 1612
129 Dorrance Street .
Providence, RI 02903
(401) 272-7966

**CERTIFICATION**

I John H. Ruginski, Jr. Esq., hereby certify that I mailed a true copy of the within Motion to Sandra A. Beckner, Esq., Assistant United States Attorney, U.S. Department of Justice, Fleet Center, 8th Floor, Providence, RI 02903 on 8th day of January 2006.