**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | Case No.: 1:06-CR-00071-1 |
| Plaintiff, | : | Judge Ernest C. Torres |
| v. | : | |
| SANDY BAEZ, | : | |
| Defendant. | : | |

## DEFENDANT'S PROPOSED JURY INSTRUCTIONS

### Defendant's exercise of self-defense

1. Use of force is justified when a person reasonably believes that it is necessary for the defense of oneself or another against the immediate use of unlawful force. However, a person must use no more force than appears reasonably necessary in the circumstances. Sixth Circuit Pattern Crim. Jury Instr. ' 6.06; United States v. Guyon, 717 F.2d 1536, 1541 (6th Cir. 1983); see also First Circuit Pattern Crim. Jury Instr. ' 5.04.

Respectfully submitted,

John H. Ruginski, Esq.
Attorney for the Defendant
129 Dorrance Street
Providence, Rhode Island 02903
(401) 272-7966 (voice)
(401) 272-7968 (facsimile)

**CERTIFICATE OF SERVICE**

I do hereby certify that a true and correct copy of the above and foregoing document has been delivered this 9th day of January, 2007 to Sandra Beckner, Esq., the Office of the Assistant United States Attorney, Fleet Center, 50 Kennedy Plaza 8th Floor, Providence, Rhode Island 02903.

John H. Ruginski, Esq.
Attorney for the Defendant