**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

**UNITED STATES OF AMERICA**

**CR: 06-071-01T**

**Vs.**

**SANDY BAEZ**

**ESTIMATE OF TRIAL TIME**

Now comes Counsel for the Defendant and states that the time required for the presentation of his case is 1- 1 ½ days.

Sandy Baez
By his Attorney,

John H. Ruginski, Jr., RI#1612
129 Dorrance Street Suite 1
Providence, RI 02903
401.272.7966

**CERTIFICATION**

I John H. Ruginski, JR Esq., hereby certify that I mailed a true copy of the within Motion to Stephanie Brown, Esq., Assistant United States Attorney, U.S. Department of Justice, Fleet Center, 8th Floor, Providence, RI 02903 on this 8th day of January, 2007.