UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF RHODE ISLAND

USA :

vs. : CRIMINAL No. CR 06-71-01T

SANDY BAEZ :

______________________________xxx:

## BILL OF PARTICULAR

Pursuant to Rule 7(f) of the Federal Rules of Criminal Procedure, the defendant, Sandy Baez, pro se, respectfully requests the Court orders the Government furnishes him with the following particulars concerning 21 & 846 of the indictment in the captioned case: (a) may begin to fathom the conduct with which he is charged, such being impossible to determine from the vague provided documents, (b) may begin to prepare his defense, and (c) may avoid being twice placed in jeopardy of being charged or tried twice with the same offense.

1.- Please, state the dates which Mr. Sandy Baez is alleged to have joined the charged conspiracy.

2.- The date and locations where the Government claims that Mr. Sandy Baez conspired to possess with intent to distribute, and distributed heroin.

3.- Please, state whether the agreement or plan was expressed or implied in person or over the phone or fascimile.

4.- The date and location where the Government claims that Mr. Sandy Baez, conspired to possess with intent to distribute or possessed or distributed heroin.

5.- Please, state the names of the persons with whom Mr. Sandy Baez allegedly conspired.

6.- Each over act Mr. Sandy Baez allegedly committed in furtherance of the charged conspiracy. In addition, the date, time and location of each such overt act. The identity of any co-conspirator present for each such overt act.

7.- State whether any co-conspirator was acting on behalf of The United State Government at any time during the period of the charged conspiracy and whether any co-conspirator has furnished information to law Enforcement authorities with respect to the alleged conspiracy or any overt act committed in furtherance thereof.

A memorandum of law accompanies in support of Bill of Particulars wherein defendant supports reasons for The Court to grant the Bill of Particulars.

**Respectfully Submitted,**

Sandy Baez/Defendant

Wyatt Detention Facility
950 High Street
Central Falls, RI. 02863

## CERTIFICATION

This to certify that a copy of the foregoing has been mailed through US. Postals Service this 8th day of January 2007 to each of the fallowing:

**STEPHANIE S. BROWNE, Esq.**
Assistance US. Attorney
50 Kennedy Plaza 8th Floor
Providence, RI. 02903

**OFFICE OF THE CLERK**
USA District Court For the District of Rhode Island
1 Exchange Terrace
Providence, RI. 02903

Sandy A. Baez/Defendant