UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

District Court of the United States
District of Rhode Island
Filed in open Court
this 16 day of Jan 2007
Clerk

UNITED STATES OF AMERICA :
:
v. : CR06-71-01T
:
SANDY BAEZ :

CONSENT TO VOIR DIRE/JURY SELECTION
BY A MAGISTRATE JUDGE

In accordance with the provisions of 28 U.S.C. § 636(b)(3), the undersigned hereby voluntarily consent to have a Magistrate Judge rather than a District Judge conduct the voir dire and jury selection in this case.

FOR THE GOVERNMENT:

Signature of AUSA Date: 1-16-07

Sandra R. Beckner
Printed Name of AUSA

FOR THE DEFENDANT:

Signature of Defense Attorney Date: 1-16-07

John H. Ruginski, Jr.
Printed Name of Defense Attorney

Defendant must indicate consent by signing below:

Signature of Defendant Date: 1/16/07

Sandy A. Baez
Printed Name of Defendant