IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Cr. No. 06-071-01T |
| | ) | |
| SANDY BAEZ | ) | |

GOVERNMENT'S SUPPLEMENTAL NOTICE PURSUANT TO FED.R.EVID. 404(b)

Based upon the defendant's pretrial memorandum filed on January 8, 2007, raising the issue of the defendant's lack of knowledge and intent to distribute heroin[1], the government hereby gives notice of its intent to introduce the following evidence in the trial of United States v. Sandy Baez:

> On May 3, 2006, in Providence, Rhode Island, the defendant sold $7,000 worth of heroin to the same cooperating source involved in May 10, 2006 distribution of heroin charged in the indictment.

Although the government does not intend to introduce the above-described evidence in its case-in-chief, the government reserves the right to introduce such evidence depending upon any cross-examination of the government's witnesses and/or evidence introduced by the defendant during his own case-in-chief raising the issue of the defendant's knowledge of the heroin or calling into question the defendant's intent to distribute heroin.

---

[1] Defense counsel indicated to the undersigned on January 17, 2007 that the defense asserted in the defendant's pretrial memorandum does not raise the issue of the defendant's knowledge and intent, but merely claims the defendant is not legally responsible for the heroin distributed because the mixture and substance contained a small amount of heroin.

The government will ask to approach the bench prior to inquiring of any witness regarding such matters.

Respectfully submitted,

UNITED STATES OF AMERICA

By its Attorneys,

ROBERT CLARK CORRENTE
United States Attorney

/s/ SANDRA R. BECKNER
SANDRA R. BECKNER
Assistant U.S. Attorney
New York Bar
50 Kennedy Plaza, 8th Floor
Providence, RI 02903
(401) 709-5000
(401) 709-5001 (fax)
sandra.beckner@usdoj.gov

**CERTIFICATE OF SERVICE**

On January 18, 2007, I caused the within "Government's Supplemental Notice Pursuant to Fed.R.Evid. 404(b)" to be filed electronically and is available for viewing and downloading from the ECF system. I also certify that a copy was faxed and mailed to Mr. John Ruginski, Jr. at the following address:

129 Dorrance Street, Suite 1
Providence, Rhode Island 02903

/s/ SANDRA R. BECKNER
SANDRA R. BECKNER
Assistant U.S. Attorney
New York Bar
50 Kennedy Plaza, 8th Floor
Providence, RI 02903
(401) 709-5000
(401) 709-5001 (fax)
sandra.beckner@usdoj.gov