**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

**UNITED STATES OF AMERICA**

**v.** C.R. No. 06-071-01T

**SANDY BAEZ**

**VERDICT**

WE THE JURY FIND THE DEFENDANT (Check one)

| SANDY BAEZ: | Guilty | Not Guilty |
|---|---|---|
| **Count 1** : 18 U.S.C. § 111(b) Forcibly assaulting and thereby inflicting bodily injury on Task Force Agent Michael Naylor while he was engaged in the performance of his official duties | ✓ | ______ |
| **Count 3** : 21 U.S.C. § 841(a)(1) Distribution of heroin | ✓ | ______ |

If you find the defendant guilty under this Count, please state whether the quantity of heroin involved was:

✓ 100 grams or more

______ Less than 100 grams