Sandy A. Baez
Wyatt Detention Facility
950 High Street
Central Falls, R.I. 02863

January 2, 2007

United States District Court
For the District of Rhode Island

_______________________xxx :
:
USA Case No. CR 06-01-71T
Vs :
Sandy Baez Notice of appeal
_______________________xxx :

Pursuant to Rule 12 of Fed. R. Crim. P. The defendant, Sandy Baez, Pro Se, gives, hereby, Notice of appeal against the veredict of conviction and re-try the case before sentence is imposed.

Respectfully Submitted this 2 day of January 2007.

[signature]

Sandy A. Baez / Appellant

# Certification

I certify that a true copy was mailed through certified U.S. Postal Service this 2 day of January to each Counsel of record:

## Assistant U.S. Attorney

Stephanie S. Brown, Esq.
U.S. Attorney's Office
Fleet Center
50 Kennedy Plaza 8th floor
Providence, R.I. 02903

## Defendant's Counsel

John H. Ruginski, Jr., Esq.
129 Dorrance Street
Providence, R.I. 02903

[signature]

Sandy A. Baez / Defendant