UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

February 8, 2007

Clerk of the Court
United States Court of Appeals
One Courthouse Way, Suite 2500
Boston, MA 02210

**RE: *CR06-71T USA v. SANDY BAEZ***

Dear Clerk:

Enclosed you will find the certified copies of the case record and a certified copy of the docket entries for the above entitled matter.

Kindly acknowledge receipt for the same on the enclosed copy of this letter.

Sincerely yours,

David DiMarzio
Clerk of Court

BY: *Lucia Cristina Leyva*
Lucia Cristina Leyva
DEPUTY CLERK

ENCLOSED:

ENCLOSED: Appeal Cover Letter; Appeal Cover Sheet; Notice of Appeal (Interlocutory)- original ; Cert. Copies of Documents in Case File to Date: Doc.# 1-7, 9, 11-14, 17, 21, 29-41, 43- 47, 49-51; Cert. Copy of Docket.