Sandy A. Baez

Wyatt Detention Facility

950 High Street

Central Falls, RI 02863

January 6, 2007

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF RHODE ISLAND

-----------------------------xxx:

USA :

Vs : Case No. CR 06-01-71T

SANDY BAEZ : Notice of Appeal

______________________________xxx:

Pursuant to Rule 12 of Fed. R. Crim. P. The defendant, Sandy Baez, Pro Se, gives, hereby, Notice of Appeal against the veredict of conviction and re-try the case before sentence is imposed.

Respectfully Submitted this 6 day of January 2007.

Sandy Baez/Appellant

# CERTIFICATION

I certify that a true copy was mailed through certified U.S. Postal Service this 6 day of January to each counsel of record :

**Assistant U.S. Attorney**

Stephanie S. Brown, Esq.

U.S. Attorney's Office

Fleet Center

50 Kennedy Plaza 8th floor

Providence, RI 02903

**Defendant's Counsel**

John H. Ruginski,Jr., Esq.

129 Dorrance Street

Providence, RI 02903

Sandy A. Baez/Defendant