**UNITED STATES DISTRICT COURT**
**FOR THE STATE O RHODE ISLAND**

**UNITED STATES OF AMERICA**

**Vs.** **CR: 06-071-01T**

**SANDY BAEZ**

## MOTION TO WITHDRAW

Now comes Counsel John H. Ruginski, Jr., for the Defendant Sandy Baez and moves to withdraw as Chief Counsel as there has been a complete breakdown of the Attorney – Client Relationship.

Respectfully Submitted,

John H. Ruginski, Jr. #1612
129 Dorrance Street Suite 1
Providence, RI 02903
401.272.7966

## CERTIFICATION

I hereby certify that I mailed a true copy of the within Motion to: Sandra Becker, Esq., AUSA, 50 Kennedy Plaza 8th Floor, Providence, RI 20903, Gregory C. Osakwe, Esq., Law Offices of Gregory C. Osakwe 57 Pratt Street, Suite 604, Hartford, CT 06103 and Defendant Sandy Baez, C/O Wyatt Detention Facility, 960 High Street, Central Falls, RI 02863 on this 21st day of February 2007.

**AFFIDAVIT IN SUPPORT OF MOTION TO WITHDRAW**

I, John H. Ruginski, Jr. Esq., being duly sworn depose and say as follows:

1. Defendant Sandy Baez has signed a Termination Notice of Counsel;
2. Defendant's sentencing is scheduled for May 8th, 2007 at 9:00 AM before Justice Torres;
3. Defendant in this matter has made representations to Judge Torres that Counsel lied to the Court;
4. Defendant's family informed Counsel after the Trial that the reason Attorney Osakwe was hired was to make sure that the Defendant had a fair Trail;
5. Such actions by the Defendant exhibits a total mistrust of Counsel;
6. Counsel cannot be objective in his representation of Defendant at sentencing;
7. Gregory C. Osakwe, Esq., has already been admitted as Counsel in this case;
8. I will still act as Local Counsel to enable Attorney Osakwe to argue the Defendant's sentencing.

**IN WITNESS WHEREOF** I hereby set my hand and seal this 21st day of February 2007.

John H. Ruginski, Jr. Esq.

STATE OF RHODE ISLAND
PROVIDENCE, SC.

SUBSCRIBED and SWORN to before me this 21st day of February, 2007.

Notary Public.

OFFICIAL SEAL
THOMAS J. HOWARD JR.
ID. #59746
NOTARY PUBLIC – RHODE ISLAND
My Comm. Expires 1-12-2011