UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA

      v.                                  Cr. No. 06-71-01-T

SANDY BAEZ

## ORDER STRIKING NOTICES OF APPEAL AND MOTIONS FOR A NEW TRIAL

The defendant has filed a Notice of Appeal and Motion for a New Trial. To the extent that the documents are intended as a notice of appeal, they are hereby stricken for the following reasons:

1. The documents received by the Court were filed by the defendant pro se while he is currently represented by counsel.

2. Any appeal is premature because no sentence has yet been imposed.

To the extent that the documents are intended as a motion for a new trial, the motion is hereby DENIED because there is no basis for granting the defendant a new trial.

By Order

/s/ Deputy Clerk

ENTER:

/s/ Ernest C. Torres
Ernest C. Torres
Sr. U.S. District Judge

Date: 3/6/07