**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

**UNITED STATES OF AMERICA**

**Vs.** **CR: 06-071-01T**

**SANDY BAEZ**

**TERMINATION NOTICE**

I Sandy Baez hereby terminate the Services of John H. Ruginski, Jr., as my Attorney as there has been a complete breakdown in the Attorney – Client Relationship.

Sandy Baez

Jorge D Pineda

Witness

Please, send a copy from this Document.

Sincerelly,

Sandy A. Baez. 2/15/07