MANDATE

# United States Court of Appeals
## For the First Circuit

06-00071
Rhode Island
E. Torres

No. 07-1263

UNITED STATES

Appellee

v.

SANDY BAEZ

Defendant - Appellant

**JUDGMENT**

Entered: March 12, 2007
Pursuant to 1st Cir. R. 27.0(d)

By order entered February 14, 2007, appellant was directed to show cause in writing as to why this appeal should not be dismissed for lack of jurisdiction. Appellant was warned that failure to respond by February 28, 2007 would lead to dismissal for lack of diligent prosecution.

Appellant having failed to file a timely response, it is hereby ordered that the above-captioned appeal be dismissed in accordance with Local Rule 3.0(b).

By the Court:
Richard Cushing Donovan, Clerk

By: MARGARET CARTER
Chief Deputy Clerk

**Certified and Issued as Mandate under Fed. R. App. P. 41.**

**Richard Cushing Donovan, Clerk**

Jennifer Calandro

**Deputy Clerk**

**Date:** 4-18-07

[cc: Sandy Baez, Gregory C. Osakwe, Esq., John H. Ruginski Jr., Esq., Sandra Beckner, AUSA, Stephanie S. Browne, AUSA, Donald C. Lockhart, AUSA]