UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF RHODE ISLAND

USA :

Vs. : Criminal No. CR 06-71-01T

SANDY BAEZ :

______________________________XXX

**Defendant's Objection to the Pre-Sentence Report**

(PSR)

The defendant submits the following objections to the Pre-Sentence Report (PSR)

1 - Defendant objects and opposes the 2 level enhancement (P.5-Line 27 [P.S.R.])since defendant testified truly at trial. Therefore, section § 3C1.1 of the guidelines does not apply and should be removed.

2 - Furthermore, the defendant claims a level reduction since he accepted his responsibility at trail according to section § 2D1.1(b)(9) §§ 5C1.2

3.- And two more additional levels according to §2D1.1(b)(9) §§ 5C1.2

Defendant argues his total offense level should be calculated as follows :

| | |
|---|---|
| Base Offense Level | 26 |
| Acceptance of Responsability | -3 |
| Safety Valve | -2 |
| Not Enhancement | |
| Total Offense Level | 21 |

Respectfully Submitted This 22nd day of April 2007

Sandy A Baez/Pro Se

## CERTIFICATION

I certify a true copy was mailed through certified U.S. Postal Service this 22 day of April to each counsel of record :

**Assistant U.S. Attorney**

Sandra Beckner, Esq.
U.S. Attorney's Office
Fleet Center
50 Kennedy Plaza 8th floor
Providence, RI 02903

**Defendant' Counsel**

Gregory Osakwe
57 Pratt Street, Suit 604
Hartford, CT 06103

Sandy A. Baez/Defendant