UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| | : | |
| USA | : | |
| Vs. | : | Criminal No. CR 06-71-01T |
| SANDY BAEZ | : | |
| ______________________________XXX | | |

Defendant's Objection to the Pre-Sentence Report

(PSR)

The defendant submits the following objections to the Pre-Sentence Report (PSR).

1.- Defendant objects and opposes the 2 level enhancement (P.5-Line 27 [P S R.])since defendant testified truly at trial. Therefore, section § 3C1.1 of the guidelines does not apply and should be removed

2.- Furthermore the defendant claims two level reduction since he accepted his responsibility at trail according to section § 3E1.1(a), one more additional level according to section § 3E1.1(b)

3.- The defendant also claims two additional reduction according to section § 5C1 2 (Safety Valve)

Defendant argues his total offense level should be calculated as follows :

| | |
|---|---|
| Base Offense Level | 26 |
| Acceptance of Responsibility | -3 |
| Safety Valve | -2 |
| Not Enhancement | 0 |
| Total Offense Level | 21 |

According to the captioned Law-Section to which the defendant entitled and pray his plea is grantd.

Respectfully Submitted This 23rd day of April 2007.

Sandy A Baez/Pro Se

# CERTIFICATION

I certify that a copy of the foregoing has been mailed this 23rd day of April 2007 via USA. Certified Postal Service to each of the following:

<u>**Assistance US. Attorney**</u>
Sandra Beckner, Esq.
50 Kennedy Plaza, 8th Floor
Fleet Center
Providence, RI. 02903

<u>Defendant's Attorney</u>
Gregory Osakwe
57 Pratt Street, Suite 604
Hartford, CT. 06103

<u>**US. District Court**</u>
2 Exchange Terrace
Providence, RI. 02903

Sandy Baez/Defendant
Wyatt Detention Facility
950 High Street
Central Falls, RI. 02863