# United States District Court
# for the District of Rhode Island

UNITED STATES OF AMERICA

vs. Case No. CR06-71T

SANDY BAEZ

## RETURN RECEIPT FOR EXHIBITS

Government Exhibit # 1 - Heroin and Packaging (One package) released into the custody of the Drug Enforcement Agency (DEA), Providence Resident Office pursuant to the March 5, 2007 Order of Judge Ernest C. Torres.

David A. DiMarzio
Clerk of Court

Received by: Anthony Cardello

By: Lucia Cristina Lozano
Deputy Clerk

Print Name: Anthony Cardello

Date: 4/30/07

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | Cr. No. 06-071T |
| | ) | |
| SANDY BAEZ | ) | |

ORDER

This Court has reviewed the Government's Motion to Release Evidence, and, having received no objection by the Defendant, it is hereby ORDERED:

Exhibit 1 (heroin and packaging), which was admitted into evidence at trial in the above entitled matter, is to be released to the custody of the Drug Enforcement Administration (DEA), Providence Resident Office. The DEA shall preserve and maintain custody of said items until this Court orders otherwise.

BY ORDER:

[signature]
DEPUTY CLERK

ENTER:

[signature: Ernest C. Torres]
ERNEST C. TORRES
DISTRICT COURT JUDGE
UNITED STATES DISTRICT COURT

DATE: 3/5/07