UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF RHODE ISLAND

USA :

Vs. : Criminal No. CR 06-71-01T

SANDY BAEZ :

______________________XXX

**Defendant's Objection to the Pre-Sentence Report**

(PSR)

The defendant submits the following objections to the Pre-Sentence Report (PSR)

1.- Defendant objects and opposes the 2 level enhancement (P 5-Line 27 [P.S.R.])since defendant testified truly at trial. Therefore, section § 3C1.1 of the guidelines does not apply and should be removed.

2.- Furthermore, the defendant claims two level reduction since he accepted his responsibility at trial according to section § 3E1.1(a), one more additional level according to section § 3E1.1(b).

3.- The defendant also claims two additional reduction according to section § 5C1.2 (Safety Valve).

Defendant argues his total offense level should be calculated as follows :

| | |
|---|---|
| Base Offense Level | 26 |
| Acceptance of Responsibility | -3 |
| Safety Valve | -2 |
| Not Enhancement | 0 |
| Total Offense Level | 21 |

According to the captioned Law-Section to which the defendant entitled and pray his plea is grantd.

Respectfully Submitted This 23rd day of April 2007.

Sandy A. Baez/Pro Se

# CERTIFICATION

---

I certify that a copy of the foregoing has been mailed this 23rd day of April 2007 via USA. Certified Postal Service to each of the following:

**Assistance US. Attorney**

Sandra Beckner, Esq.

50 Kennedy Plaza, 8th Floor

Fleet Center

Providence, RI. 02903

Defendant's Attorney

Gregory Osakwe

57 Pratt Street, Suite 604

Hartford, CT. 06103

**US. District Court**

2 Exchange Terrace

Providence, RI. 02903

Sandy Baez/Defendant

Wyatt Detention Facility

950 High Street

Central Falls, RI. 02863