UNITED STATES DISTRICT COURT
FOR THE STATE OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA. | : | |
| Plaintiff, | : | |
| V. | : | CR:06-071-01T |
| SANDY BAEZ | : | MAY 22, 2007 |
| Defendant, | : | |

**NOTICE OF APPEAL**

PLEASE TAKE NOTICE that the defendant in the above entitled action hereby appeals to the First Circuit Court of Appeals, from the judgment of conviction rendered in this Court on January 25, 2007, and imposing a sentence of Ninety (90) months imprisonment on the 15th day of May, 2007, and from each and every part thereof and from each and every intermediate order made therein.

Dated: May 22, 2007

BY: ______________________

Gregory Osakwe, Esq.
57 Pratt Street Suite 604
Hartford, CT 06103

**CERTIFICATION**

This is to certify that a true and accurate copy of the foregoing was mailed, postage paid on this 22nd day of May, 2007 to:

Sandra R. Beckner, Esq.
Assistant United States Attorney
50 Kennedy Plaza, 8th Floor
Providence, RI 20903

Gregory Osakwe