UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF RHODE ISLAND

USA :

Vs : Case No. CR 06-71-01T

SANDY BAEZ : Notice of Appeal

XXX:

Defendant Sandy Baez hereby gives notice of appeal against the sentence and judgement imposed by The Honorable Ernest C. Torres on May 15, 2007 at about 10:30 AM.

Respectfully Submitted this 18th days of May 2007,

Sandy A. Baez/Appellant

# CERTIFICATION

I certify that a copy of the foregoing has been mailed this 18th day of May 2007 via USA. Certified Postal Service to each of the following:

**Assitance U.S. Attorney**

Sandra Beckner, Esq.

U.S. Attorney's Office

Fleet Center

50 Kennedy Plaza 8th floor

Providence; R.I 02903

**Defendant's Counsel**

Gregory Osakwe, Esq

57 Pratt Street, Suite 604

Hartford, CT 06103

**U.S. DISTRICT COURT**

2 Exchange Terrace

Providence; RI 02903

Sandy A. Baez/ Pro Se

Wyatt Detention Facility

950 High Street

Central Falls; RI 02863