06-00071
USDC RI
Judge Torres

# MANDATE
# United States Court of Appeals
## For the First Circuit

---

No.07-1942

UNITED STATES,

Appellee,

v.

SANDY BAEZ,

Defendant - Appellant.

---

**JUDGMENT**

Entered: August 13, 2007
Pursuant to 1st Cir. R. 27.0(d)

By order entered July 3, 2007, appellant was directed to show cause in writing as to why this appeal should not be dismissed as duplicative of Appeal No. 07-1941. Appellant was warned that failure to respond by July 17, 2007 would lead to dismissal for lack of diligent prosecution.

Appellant having failed to file a timely response, it is hereby ordered that the above-captioned appeal be dismissed in accordance with Local Rule 3.0(b). Defendant's appeal shall proceed under No. 07-1941.

Certified and Issued as Mandate under Fed. R. App. P. 41.

Richard Cushing Donovan, Clerk

Deputy Clerk

Date: 9/5/07

By the Court:
Richard Cushing Donovan, Clerk

MARGARET CARTER

By:_____________________
Margaret Carter, Chief Deputy Clerk

[cc: Gregory Osakwe, Esq., John Ruginski Jr., Esq., Sandra Beckner, AUSA, Stephanie Browne, AUSA, Donald Lockhart, AUSA, Sandy Baez]