AO 187 (Rev. 7/87) Exhibit and Witness List

# United States District Court

## *District of Rhode Island*

EXHIBIT AND WITNESS LIST

United States of America v. Sandy Baez

CASE NUMBER: CR06-71-01T

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Ernest C. Torres | Sandra Beckner, AUSA | John F. Ruginski, Esq. |
| TRIAL DATE(S) | COURT REPORTER | COURTROOM DEPUTY |
| 1/23/07-1/25/07 | Debra D. Lajoie | Lucia Cristina Leyva |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| | | 1/23/07 | | | W-1, Michael Naylor |
| 4 | | 1/23/07 | X | FULL | First Video Clip - 5/9/06 meeting |
| 4b | | 1/23/07 | X | FULL | Second Video Clip - 5/9/06 meeting |
| 4a | | 1/23/07 | X | FULL | Transcript |
| 5 | | 1/23/07 | X | FULL | Video - 5/10/06 meeting |
| 5a | | 1/23/07 | | FULL | Transcript |
| 6 | | 1/23/07 | X | FULL | First Video Clip - 5/10/06 meeting |
| 6a | | 1/23/07 | X | FULL | Second Video Clip - 5/10/06 meeting |
| 6b | | 1/23/07 | X | FULL | Third Video Clip - 5/10/06 meeting |
| 7 | | 1/23/07 | X | FULL | Photograph - TFA Naylor's cheek |
| 8 | | 1/23/07 | X | FULL | Photograph - TFA Naylor's eye and cheek |
| 9 | | 1/23/07 | X | FULL | Photograph - TFA Naylor's forehead |
| 10 | | 1/23/07 | X | FULL | Photograph - TFA Naylor's ear |
| | | 1/23/07 | | | W-2 Kathy Kelleher |
| 1 | | 1/23/07 | X | FULL | ~~Heroin and Packaging~~ (In Vault) returned to DEA |
| 3 | | 1/23/07 | X | FULL | Photograph - Heroin in packaging |
| | | 1/23/07 | | | W-3 Adrian Krawczeniuk |
| | | 1/23/07 | | | W-4 Sandy Baez |
| | B | | X | | Photograph - Injury Above Left Eye |
| | C | 1/23/07 | X | FULL | Photograph - Injury to Stomach Area |
| | D | 1/23/07 | X | FULL | Photograph - Injury to Stomach Area |
| | E | | X | | Photograph - Injury to Stomach Area |

Include a notation as to the location of any exhibit not held with the case file or not available because of size.

AO 187 (Rev. 7/87) Exhibit and Witness List

# United States District Court

## *District of Rhode Island*

United States of America v. Sandy Baez

EXHIBIT AND WITNESS LIST

CASE NUMBER: CR06-71-01T

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Ernest C. Torres | Sandra Beckner, AUSA | John F. Ruginski, Esq. |
| TRIAL DATE(S) 1/23/07-1/25/07 | COURT REPORTER Debra D. Lajoie | COURTROOM DEPUTY Lucia Cristina Leyva |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| | | 1/23/07 | | | W-1, Michael Naylor |
| 4 | | 1/23/07 | X | FULL | First Video Clip - 5/9/06 meeting |
| 4b | | 1/23/07 | X | FULL | Second Video Clip - 5/9/06 meeting |
| 4a | | 1/23/07 | X | FULL | Transcript |
| 5 | | 1/23/07 | X | FULL | Video - 5/10/06 meeting |
| 5a | | 1/23/07 | | FULL | Transcript |
| 6 | | 1/23/07 | X | FULL | First Video Clip - 5/10/06 meeting |
| 6a | | 1/23/07 | X | FULL | Second Video Clip - 5/10/06 meeting |
| 6b | | 1/23/07 | X | FULL | Third Video Clip - 5/10/06 meeting |
| 7 | | 1/23/07 | X | FULL | Photograph - TFA Naylor's cheek |
| 8 | | 1/23/07 | X | FULL | Photograph - TFA Naylor's eye and cheek |
| 9 | | 1/23/07 | X | FULL | Photograph - TFA Naylor's forehead |
| 10 | | 1/23/07 | X | FULL | Photograph - TFA Naylor's ear |
| | | 1/23/07 | | | W-2 Kathy Kelleher |
| 1 | | 1/23/07 | X | FULL | ~~Heroin and Packaging~~ (In Vault) returned to DEA |
| 3 | | 1/23/07 | X | FULL | Photograph - Heroin in packaging |
| | | 1/23/07 | | | W-3 Adrian Krawczeniuk |
| | | 1/23/07 | | | W-4 Sandy Baez |
| | B | | X | | Photograph - Injury Above Left Eye |
| | C | 1/23/07 | X | FULL | Photograph - Injury to Stomach Area |
| | D | 1/23/07 | X | FULL | Photograph - Injury to Stomach Area |
| | E | | X | | Photograph - Injury to Stomach Area |

Include a notation as to the location of any exhibit not held with the case file or not available because of size.

AO 187A (Rev. 7/87)

# EXHIBIT AND WITNESS LIST - CONTINUATION

United States of America v. Sandy Baez

CASE NUMBER: CR06-71-01T

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| | F | 1/23/07 | X | FULL | Photograph - Injury to Inside of Right Leg |
| | G | 1/23/07 | X | FULL | Photograph - Injury to Inside of Left Leg |
| | H | 1/23/07 | X | FULL | Photograph - Injury to Leg |
| | I | 1/23/07 | X | FULL | Photograph - Injury to Body |
| | J | 1/23/07 | X | FULL | Photograph - Injury to Body |