# EXHIBIT RECEIPT

USA

Plaintiff

VS: CR No. 06-71T

Sandy Baez

Defendant

I hereby acknowledge receipt of Government's exhibits

4, 4b, 5, 6, 6a, 6b (Video clips)
3, 7,8,9,10 (pictures)

Kristin M. Lancaster 8-6-08

~~Attorney~~ Information Receptionist Date

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

OFFICE OF THE CLERK

August 6, 2008

CR No: 06-71T
Case Name: USA v.
Sandy Baer



Dear Ms. Beckner

In accordance with Rule 19 of the Local Rules, the Clerk of the District Court has been holding exhibits in the above-entitled action.

It is requested that your office send a representative on or before August 11, 2008 to retrieve these exhibits. If not, the Clerk will dispose of them without further notice.

Very truly yours,
Barbara J. Gilfillan
Deputy Clerk
752-7206